IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA
      PLAINTIFF,

 vs.                        Cr. No. 5:03CR50046-001

MARIO ALBERTO SANDOVAL-FIGUEROA
      DEFENDANT.


ORDER FOR REMISSION OF FINE


Now on this 30th day of January, 2008, comes on to be considered the United States'

Petition for Remission of Fine.  The Court, being well and sufficiently advised, finds and orders

as follows with respect thereto:

    1.  On February 5, 2004, Defendant was sentenced to fifty-seven months incarceration, a

$500.00 fine and a $100.00 special assessment.

    2.  The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573,

which provides:

        Upon petition of the Government showing that reasonable efforts to collect a fine...
        are not likely to be effective, the court may, in the interest of justice - -

        1) remit all or part of the unpaid portion of the fine or special assessment, including
        interest and penalties.  This statute shall apply to all fines and assessments, irrespective of
        the date of imposition."

    3.  The United States states that the Defendant was deported on November 14, 2007, and

that there is no reasonable likelihood that the fine can be collected.

4.  Upon due consideration, the United States' Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.


/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**